Pro Se 14 (Rev. 09/16) Complaint for Violation of Civil Rights (Prisoner)

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF ALABAMA

FILED
2020 OCT 26  P 12:27
U.S. DISTRICT COURT
N.D. OF ALABAMA

James William Sales
_____
Plaintiff
(Write your full name. No more than one plaintiff may be named in a complaint.)

-v-

~~M&~~ Bessettee
_____
Defendant(s)
(Write the full name of each defendant who is being sued. If the names of all of the defendants cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names. Do not include addresses here. Your complaint may be brought in this court only if one or more of the named defendants is located within this district.)

Case No. 2:20-cv-1682-KOB-JHE
(to be filled in by the Clerk's Office)

## COMPLAINT FOR VIOLATION OF CIVIL RIGHTS
(Prisoner Complaint)

---

**NOTICE**

Federal Rules of Civil Procedure 5.2 addresses the privacy and security concerns resulting from public access to electronic court files. Under this rule, papers filed with the court should *not* contain: an individual's full social security number or full birth date; the full name of a person known to be a minor; or a complete financial account number. A filing may include *only*: the last four digits of a social security number; the year of an individual's birth; a minor's initials; and the last four digits of a financial account number.

Except as noted in this form, plaintiff need not send exhibits, affidavits, grievance or witness statements, or any other materials to the Clerk's Office with this complaint.

In order for your complaint to be filed, it must be accompanied by the filing fee of $400.00 or an Application to Proceed *In Forma Pauperis*.

Mail the original complaint and the filing fee of $400.00 or an Application to Proceed *In Forma Pauperis* to the Clerk of the United States District Court for the Northern District of Alabama, Room 140, Hugo L. Black U.S. Courthouse, 1729 5th Avenue North, Birmingham, Alabama 35203-2195.

---

1

## I. The Parties to this Complaint

### A. The Plaintiff

Provide the information below for the plaintiff named in the complaint.

- **Name:** James William Sales
- **All other names by which you have been known:** none
- **ID Number:** 278544
- **Current Institution:** William. E. Donaldson
- **Address:** 100 Warrior Lane
  - City: Bessemer
  - State: Al
  - Zip Code: 35023

### B. The Defendant(s)

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. Make sure that the defendant(s) listed below are identical to those contained in the above caption. For an individual defendant, include the person's job or title *(if known)* and check whether you are bringing this complaint against them in their individual capacity or official capacity, or both. Attach additional pages if needed

**Defendant No. 1**

- **Name:** K. Petters
- **Job or Title (if known):** Warden 2/
- **Shield Number:**
- **Employer:**
- **Address:**
  - City:
  - State:
  - Zip Code:
- [✓] Individual Capacity   [✓] Official Capacity

**Defendant No. 2**

- **Name:** Mrs. Borlk
- **Job or Title (if known):** Wexford Health Supervisor
- **Shield Number:**
- **Employer:** Wexford Health Source Inc.
- **Address:** 100 Warrior Lane
  - City: Bessemer
  - State: Al
  - Zip Code: 35023
- [✓] Individual Capacity   [✓] Official Capacity

2

Defendant No. 3

Name: A. Carter
Job or Title (if known): wexford health/mental health observer
Shield Number:
Employer: wexford health
Address: 100 warrior lane
Bessemer    Al    35023
City    State    Zip Code

☑ Individual Capacity    ☑ Official Capacity

Defendant No. 4

Name: Richard Pain
Job or Title (if known): Supervisor of wexfrod Health
Shield Number:
Employer: wexfrod health
Address: 100 warrior lane
Bessemer    Al    35023
City    State    Zip Code

☑ Individual Capacity    ☑ Official Capacity

II. **Basis for Jurisdiction**

Under 42 U.S.C. § 1983, you may sue state or local officials for the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal law]." Under *Bivens v. Six Unknown Named Agents of Federal Bureau of Narcotics*, 403 U.S. 388 (1971), you may sue federal officials for the violation of certain constitutional rights.

A. Are you bringing suit against *(check all that apply)*:

☑ Federal officials (a *Bivens* claim)

☑ State or local officials (a § 1983 claim)

B. Section 1983 allows claims alleging the "deprivation of any rights, privileges, or immunities, secured by the Constitution and [federal laws]." 42 U.S.C. § 1983. If you are suing under section 1983, what federal constitutional or statutory right(s) do you claim is/are being violated by state or local officials?   1st, 14th, 8th Constitutional Amendments And The universal Human rights, Article, 2, 5, 12, 25-(1)

3

C. Plaintiffs suing under *Bivens* may only recover for violation of certain constitutional rights. If you are suing under *Bivens*, what constitutional right(s) do you claim is/are being violated by federal officials?

14th  8th

D. Section 1983 allows defendants to be found liable only when they have acted "under color of any statute, ordinance, regulation, custom, or usage, of any State or Territory or the District of Columbia." 42 U.S.C. § 1983. If you are suing under section 1983, explain how each defendant acted under color of state or local law. If you are suing under *Bivens*, explain how each defendant acted under color of federal law. Attach additional pages if needed.

the warden K. Petters and mrs. borlk the wexford health Supervisor know Harassment is being used on me by employees

### III. Prisoner Status

Indicate whether you are a prisoner or other confined person as follows *(check all that apply)*:

☐ Pretrial Detainee
☐ Civilly committed detainee
☐ Immigration detainee
☑ Convicted and sentenced state prisoner
☐ Convicted and sentenced federal prisoner
☐ Other
*(explain)*

### IV. Statement of Claim

State as briefly as possible the facts of your case. Describe how each defendant was personally involved in the alleged wrongful action, along with the dates and locations of all relevant events. You may wish to include further details such as the names of other persons involved in the events giving rise to your claims. Do not cite any cases or statutes. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

A. If the events giving rise to your claim arose outside an institution, describe where and when they arose.

B. If the events giving rise to your claim arose in an institution, describe where and when they arose.

See Attached

4

C. What date and approximate time did the events giving rise to your claim(s) occur?

See Attached

D. What are the facts underlying your claim(s)? *(For example: What happened to you? Who did what? Was anyone else involved? Who else saw what happened?)*

Mrs. LeClarr: See Attached

## V. Injuries

If you sustained injuries related to the events alleged above, describe your injuries in detail.

I have had my jaw rebonkerr and never fixed while at this prison now it's verbal humiliation and harassment insted of physical assault

## VI. Relief

State briefly what you want the court to do for you. Make no legal arguments. Do not cite any cases or statutes. If requesting money damages, include the amounts of any actual damages and/or punitive damages claimed for the acts alleged. Explain the basis for these claims.

early parole, 350 thousand dollars from all defendents in this can

VII. **Exhaustion of Administrative Remedies Administrative Procedures**

The Prison Litigation Reform Act ("PLRA"), 42 U.S.C. § 1997(a), requires that "[n]o action shall be brought with respect to prison conditions under section 1983 of this title, or any other Federal law, by a prisoner confined in any jail, prison, or other correctional facility until such administrative remedies as are available are exhausted."

Administrative remedies are also known as grievance procedures. Your case may be dismissed if you have not exhausted your administrative remedies.

A. Did your claim(s) arise while you were confined in a jail, prison, or other correctional facility?

☑ Yes
☐ No

If yes, name the jail, prison, or other correctional facility where you were confined at the time of the events giving rise to your claim(s).

William E. donaldson

B. Does the jail, prison, or other correctional facility where your claim(s) arose have a grievance procedure?

☑ Yes
☐ No
☐ Do Not Know

C. Does the grievance procedure at the jail, prison, or other correctional facility where your claim(s) arose cover some or all of your claims?

☐ Yes
☐ No
☑ Do Not Know

If yes, which claim(s)?

well we write it down on A peice of paper And then wait to see if the captain does anything about it

D. Did you file a grievance in the jail, prison, or other correctional facility where your claim(s) arose concerning the facts relating to this complaint?

☑ Yes

☐ No

If no, did you file a grievance about the events described in this complaint at any other jail, prison, or other correctional facility?

☐ Yes

☑ No

E. If you did file a grievance

1. Where did you file the grievance?

   with the prison officers

2. What did you claim in your grievance?

   that I was being showed harassment from employee's

3. What was the result, if any?

   there where none

4. What steps, if any, did you take to appeal that decision? Is the grievance process completed? If not, explain why not. *(Describe all efforts to appeal to the highest level of the grievance process.)*

   there are no Appeal steps to take

F.  If you did not file a grievance:

1.  If there are any reasons why you did not file a grievance, state them here:

    _____

2.  If you did not file a grievance but you did inform officials of your claim, state who you informed, when and how, and their response, if any:

    _____

3.  Please set forth any additional information that is relevant to the exhaustion of your administrative remedies.

    I Already have Law suit on the offices defendant And the warden see case no: 2:20-cv-0112l-AMM-JHE

    *(Note: You may attach as exhibits to this complaint any documents related to the exhaustion of your administrative remedies.)*

## VIII. Previous Lawsuits

The "three strikes rule" bars a prisoner from bringing a civil action or an appeal in federal court without paying the filing fee if that prisoner has "on three or more prior occasions, while incarcerated or detained in any facility, brought an action or appeal in a court of the United States that was dismissed on the grounds that it is frivolous, malicious, or fails to state a claim upon which relief may be granted, unless the prisoner is under imminent danger of serious physical injury." 28 U.S.C. § 1915(g).

To the best of your knowledge, have you had any cases dismissed based on grounds that it was frivolous, malicious, or failed to state a claim upon which relief may be granted?

☑ Yes

☐ No

If yes, state which court dismissed your case(s), when this occurred, and attach a copy of the order(s) if possible.

I did not pay filing fee

_____

_____

_____

8

A.  Have you filed other lawsuits in state or federal court dealing with the same facts involved in this action?

  ☐ Yes
  ☑ No

B.  If your answer to A is yes, describe each lawsuit by answering questions 1 through 7 below. *(If there is more than one lawsuit, describe the additional lawsuits on another page, using the same format.)*

  1. Parties to the previous lawsuit

    Plaintiff(s) ___JAMES, W_____

    Defendant(s) _____

  2. Court *(if federal court, name the district; if state court, name the county and State)*

    _____

  3. Docket or index number

    _____

  4. Name of Judge assigned to your case

    _____

  5. Approximate date of filing lawsuit

    _____

  6. Is the case still pending?

    ☐ Yes
    ☐ No

  If no, give the approximate date of disposition. _____

  7. What was the result of the case? *(For example: Was the case dismissed? Was judgment entered in your favor? Was the case appealed?)*

    _____

9

### IX. Certification and Closing

Under Federal Rule of Civil-Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and ( 4) the complaint otherwise complies with the requirements of Rule 11.

**I agree to provide the Clerk's Office with any changes to my address where case-related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.**

Printed Name of Plaintiff: James William Sales
Prison Identification #: 278544
Prison Address: 100 Warrior Lane
Bessemer, Al 35023
*City*  *State*  *Zip Code*

I declare under penalty of perjury that the foregoing is true and correct.

Executed on 09/26/2020
(Date)

James Sales
Signature of Plaintiff

10

Exhibit 1-3

# Alabama Inmate Grievance

☑ **Health Care Grievance**  ☑ **Health Care Grievance Appeal**

**Check** the appropriate above box which identifies the type of grievance you are filing. Be aware that you may not check the appeal box if you have not previously submitted a grievance for the same issue.

**NAME:** James William Sales  **AIS #:** 278544  **UNIT:** S-dorm-cell-18  **DATE:** 10/01/2020

**PART A – Inmate Grievance**

On the 23rd day of September at 327 Mrs. Carter called me fagit which I am not but was insulted in this way by an Wexford health employee. Isn't there so procedure in place to keep abuse like this from happening. Also on September 22nd at 7:05 during 3:30 to 11:30 shift Mrs. A. Carter told me I should shut my dick sucker and I was not talking to her at the time. So I said if you keep disrespecting I'm going to write you up and then she said I don't give a fuck what you write you still will be a broke bitch. Something should be done so this type of abuse does not happen again thank you.

**DOC Request** ☐   Mrs. Leclair Shaw and heard her

**Signature** _____  **Inmate Signature** James Sales

**PART B – RESPONSE**  **DATE RECEIVED** _____

_____
_____

**Medical or MH Staff Signature** _____  **DATE** _____

Copy of response given to inmate:

**Inmate Signature** _____  **DATE** _____

If you wish to appeal a grievance response you may file a <u>Grievance Appeal.</u> Return the completed form to the attention of the Health Service Administrator. You may place the form in the sick call request box or give it to the segregation sick call nurse on rounds.

**MEDICAL ADMINISTRATOR USE ONLY:**

☐ Medical  ☐ Dental  ☐ Mental Health  ☐ Other

| | | | | |
|---|---|---|---|---|
| ☐ | I Quality of Medical Care | ☐ | VI | Problems with Medication |
| ☐ | II Quality of Dental Care | ☐ | VII | Delay in Health Care Provided |
| ☐ | III Quality of Mental Health Care | ☐ | VIII | Request to be Seen |
| ☐ | IV Unfair Treatment or Rights Violation | ☐ | IX | Request for Off-Site Specialty Care |
| ☐ | V Conduct of Health Care Staff | ☐ | X | Other |

CP7147AL Inmate Grievance  
Issued 9/2014, Revised 6/2019

Original: Medical File - Yellow: to Patient

Exhibit 2-3

Mrs. A. Carter told me at 7:05 that I need to stop running my dick sucker (meaning she was saying I suck dick which I don't so this was ment as aa insult on my carecter) I then said fuck you mrs. Carter stop disrespecting me or I'll write you up she said I don't give a fuck what you write you still gone be a broke bitch all of this was heard and seen by mental health observer ms. Leclair what I want to know is why are your employee's alowed to act this way

James Sales 278549 F1

Exhibit 3-3

So yesterday at 3:27 Mrs. A. Carter called me James Sales a fagit which I am not. How is this fair that I have to deal with abuse from an mental health observer and ~~officers~~ officers. So how can Wexford health help me when you know this is not actions Wexford health look for in there employee's next at 7:30 on 09/24/2020 she ~~came~~ walked into S-dorm for work and said to another observer girl sales ho ass wrote me up fuck him I then said to them all I have been awake from 6:30 to 7:30 and I can hear very good so why are you down there insulting me James Sales 278544 Something need to be done about this or are Wexford health still not able to help me?

Signed James Sales 278544

Inmate complait form